**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **KEVIN ANDRES CASTILLO VALLADARES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 26-881** |
| **CHRISTOPHER BULLOCK, NEW ORLEANS FIELD OFFICE DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT** | **SECTION: D (5)** |

## ORDER

**KEVIN ANDRES CASTILLO VALLADARES** has applied to this Court for a writ of habeas corpus under 28 U.S.C. § 2241.  Petitioner, through counsel, alleges illegal arrest and unlawful continued detention by the U.S. Immigration and Customs Enforcement (ICE).

In his application, he alleges that after his initial detention and release in 2018, he subsequently filed an asylum application with the United States Citizenship and Immigration Services ("USCIS"), a component of the Department of Homeland Security ("DHS").[1]  That application remains pending.  On October 31, 2025, he was granted work authorization.  On April 22, 2026, he was subsequently unlawfully arrested and detained by ICE.  He claims that he was denied notice and an opportunity to be heard in violation of the right to procedural due process.  In the Petition, Petitioner claims that he is physically located within this district, and that his immediate legal custodian, Respondent Bullock, has the authority to release him.[2]  He seeks immediate release.

---

[1] R. Doc. 1.

[2] In a subsequent filing, Petitioner asserts that he "was in ICE's custody, in transit, and was likely within the district when he filed his petition."  R. Doc. 7-1 at p. 2.  Petitioner explains that he was held

In order for the Court to determine the action, if any, that shall be taken on this application:

**IT IS HEREBY ORDERED** that the Clerk of Court serve, by certified mail, a copy of the application and this Order on the United States Attorney for the Eastern District of Louisiana; the United States Attorney General; and DHS/ICE Office of General Counsel.  Service upon the United States Attorney for the Eastern District of Louisiana shall constitute sufficient service on the United States government respondents under Rule 4 of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that the Respondents file an answer or response to the application, together with a legal memorandum of authorities in support thereof within **twenty one (21) days** of service of this order.   The answer shall include all information on file for Petitioner, including all relevant evidence relating to petitioner's arrest and detention, and any relevant administrative decisions, transcripts, or other relevant documents concerning the lawfulness of the detention.

**IT IS FURTHER ORDERED** that Petitioner shall have **fourteen (14) days** after Respondent files its response to file a reply brief.

Upon the expiration of the delays set forth in this Scheduling Order, and any extensions thereof, the matter will be considered fully briefed and the Court will set

---

in Hancock County Public Safety Complex in Bay Saint Louis, Mississippi shortly after his detention on April 22, 2026, and that ICE transported him from Hancock County Public Safety Complex in Mississippi to River Correctional Center in Ferriday, Louisiana on April 24, 2026. *Id*. (*citing* R. Doc. 7-2).  Petitioner maintains that, "if ICE transport with Mr. Castillo Valladares departed Hancock County Public Safety Complex prior to 2:26 p.m. he would have been located in this district at the time of the filing of this Petition."  R. Doc. 7-1 at p. 3.  In his Memorandum in Opposition to Petitioner's Motion to Issue Order to Show Cause, Christopher Bullock asserts that, "Undersigned counsel has contacted ICE regarding the Petitioner's transportation times and they do not match Petitioner's times described in Rec. Doc. 7-2."  R. Doc. 9 at p. 2.

a date and time for an evidentiary hearing if necessary.  If no hearing is needed, the Court will issue a written ruling without further notice.

**IT IS FURTHER ORDERED** that Petitioner's Motion to Issue Order to Show Cause (R. Doc. 7), which is opposed (R. Doc. 9), is **DENIED** in light of the foregoing briefing schedule.

**IT IS FURTHER ORDERED** that the Government and the respondents shall provide counsel for the petitioner 24 hours advance written notice before releasing the petitioner from ICE custody.

New Orleans, Louisiana, May 20, 2026.


**WENDY B. VITTER**
**United States District Judge**